## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 9381 | DATE | 9/16/2003 |
| CASE TITLE | Jeff Conners vs. Ford Motor Company | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order. Defendant's motion for summary judgment is granted.

(11) ■ [For further detail see order attached to the original minute order.]

courtroom deputy's initials: WAH

SEP 17 2003 date docketed

Document Number 41

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFF CONNERS, )
)
        Plaintiff, )
)
vs. ) No. 01 C 9381
)
FORD MOTOR COMPANY, )
)
        Defendant. )

DOCKETED
SEP 1 7 2003

## MEMORANDUM OPINION AND ORDER

Plaintiff alleges that he was discriminated against because of his race, Caucasian, by defendant's failure to consider him for its DD Program. Defendant filed a motion for summary judgment on June 13, 2003. Plaintiff sought and obtained various extensions of time to respond, the last to September 3, 2003. No response has been filed. Pursuant to Local Rule 56.1(b)(3)(B), defendant's statement of material facts is deemed admitted.

A review of those material facts probably explains why no response was filed. Plaintiff never filed a DD Program application. Even if he had filed such an application, the likelihood of its acceptance was nil. His financial situation was not even remotely robust enough to qualify and his brief experience as a general manager had not been a success. The dealership sustained losses, the losses were increasing, and customer satisfaction evaluations were below average.

Plaintiff's only real evidence of any racial aspect to the case is his testimony that a Ford employee denigrated his likelihood of being accepted in the DD Program by saying plaintiff could not go through the program because he was not African-American (the employee denies

41

making the remark). But the employee was a lower-level employee who did not have any decision-making responsibilities for the DD Program. Further, although the DD Program may very well be a means for encouraging minority participation by making funding available to persons with limited capital, it is not confined to minority applicants, and Caucasians who meet the requirements do participate.

Defendant's motion for summary judgment is granted.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 16, 2003.